IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHELSEA E. ZISKA,

Defendant.

4:17CR3018

ORDER

IT IS ORDERED:

1)    Defendant's motion for temporary release, (Filing No. 17), is granted.

2)    Defendant shall be released to attend her grandmother's funeral at **7:30 a.m.** on April 25, 2017, and shall return to Marshal custody no later than **4:15 p.m.** on April 25, 2017.

3)    Defendant will be picked up from the jail by her mother, Tina Heib, who is providing the transportation for Defendant's temporary release from custody.

4)    The clerk shall provide a copy of this order to the Marshal.

**April 24, 2017.**

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge