IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:17CR3018** |
| vs. | |
| CHELSEA E. ZISKA, | **ORDER** |
| Defendant. | |

Defendant's oral motion to marry is granted. Defendant is permitted to marry Rosalio Bargas, Jr.

December 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge