IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| CHELSEA E. ZISKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to seal (filing no. 71) is granted in part and denied in part. The defendant's statement regarding presentence report (filing no. 69) will be filed as a restricted document.

DATED this 2nd day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge