IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHELSEA E. ZISKA,<br><br>                Defendant. | 4:17CR3018<br><br>**ORDER** |

IT IS ORDERED:

1)     Defendant's motion to review the conditions of pretrial release, (Filing No. 107), is granted.

2)     Defendant shall comply with all terms and conditions of pretrial release except as follows:

        Defendant shall be released to reside at Crossroads, Hastings, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of Crossroad's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

        In addition, Defendant is to enroll in IOP treatment within 15 days of release, sign any release of information that her U.S. Pretrial/Probation Officer deems necessary, and attend treatment outside of that provided at St. Francis.

3)     Defendant shall arrive at Crossroads, Hastings, Nebraska by 4:00 p.m. on August 15, 2024. The Marshal shall release Defendant to Tina Hibb on August 15, 2024 at 12:00 (noon) for timely transport to the facility.

Dated this 14th day of August, 2024.

                                                                     BY THE COURT:

                                                                     *s/ Jacqueline M. DeLuca*
                                                                     United States Magistrate Judge